IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00374–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

22. VICTOR VALDEZ,
    a/k/a "Vic",

    Defendant.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion to Allow for Substitute Counsel for Motion Hearing on January 13, 2006" filed December 20, 2005 is GRANTED.

Dated: December 21, 2005