AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| VICTOR VALDEZ ) | Case No:   05-cr-00374-PAB-22 |
| ) | USM No:   33787-013 |
| Date of Previous Judgment:  June 27, 2008 ) | Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  202 months   **is reduced to**   176 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months | |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.

**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❒ Other *(explain)*:

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   July 26, 2006,   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   January 12, 2012                                         s/Philip A. Brimmer
                                                                                                  *Judge's signature*

Effective Date:                                                              Philip A. Brimmer, United States District Judge
          *(if different from order date)*                                            *Printed name and title*